# Third District Court of Appeal

## State of Florida

Opinion filed November 4, 2020.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1414
Lower Tribunal Nos. 15-15542, 15-15105 & 15-13558B

_____

**Darin Nelson Reid,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Jose L. Fernandez, Judge.

Darin Nelson Reid, in proper person.

Ashley Moody, Attorney General, for appellee.

Before FERNANDEZ, LOGUE and LOBREE, JJ.

PER CURIAM.

Affirmed. See Bradley v. State, 3 So. 3d 1168, 1171 (Fla. 2009).